IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON PIETRZYCKI, on behalf of himself and all other plaintiffs similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>HEIGHTS TOWER SERVICE, INC., and MARK MOTTER<br><br>        Defendants. | Case No.: 14-cv-6546 |

**ORDER GRANTING**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

The parties have applied, pursuant to Rule 23(e), Fed. R. Civ. P., for an order finally approving settlement of the claims alleged in the Lawsuit, in accordance with a Settlement Agreement (the "Agreement"), which, together with the exhibits annexed thereto sets forth the terms and conditions for a proposed settlement of the claims against Defendants and for dismissal of the Lawsuit against Defendants upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits annexed thereto.

The Court conducted a hearing regarding final approval of the Agreement on June 12, 2018. After reviewing the Agreement, all papers filed in connection with Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Attorney Fees and Costs, and the arguments of counsel, and, good cause appearing,

**IT IS HEREBY ORDERED:**

1.    Pursuant to Fed. R. Civ. P. 23(e), Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Attorney Fees and Costs is GRANTED. The Court finally approves the parties' Agreement and finds that the settlement terms set forth therein are

fair, adequate, and reasonable, and in the best interests of the Plaintiffs and those persons that are identified on Exhibits A (the "Collective Members") and B (the "Class Members") to the Agreement, and the Agreement is hereby ordered to be performed by all parties.

2. The Court confirms as its final appointment, Jason Pietrzycki as the representative of the Class.

3. The Court hereby confirms as its final appointment, David Fish and Kimberly Hilton of The Fish Law Firm as Class Counsel.

4. The Court has determined that the manner of providing notice specified in the Agreement, and also referenced in paragraph 3 of the Order Granting Preliminary Approval (Dkt. 173), fully and accurately informed the Class of all material elements of the settlement, met the requirements of due process, and was reasonably calculated to apprise the Class Members of the action and settlement.

5. No Class Members have filed objections or requests for exclusion or to the extent that any such filing was made, it has been overruled.

6. This final approval order applies to all claims or causes of action settled under the terms of the Agreement, and shall be fully binding with respect to all Class Members.

7. Plaintiffs and all Class Members and Collective Members are barred and permanently enjoined from filing or prosecuting any claims, suits or administrative proceedings regarding claims released by the Agreement as specifically provided for in the Agreement.

8. Defendants shall issue the first installment checks to the Plaintiff, Collective Members and all Class Members by June 28, 2018 as provided for in the Agreement. Defendants shall issue the second installment checks to the Plaintiff, Collective Members and Class Members by April 9, 2019 as provided for in the Agreement.

9. The Court grants the Motion for Attorneys' Fees and Costs, and orders the Defendants to pay the Plaintiffs the attorney fees and costs as required by the parties' Settlement Agreement.

IT IS SO ORDERED this 12th day of June, 2018

_____
JEFFREY T. GILBERT
UNITED STATES MAGISTRATE JUDGE